| **Fill in this information to identify the case**: |
|---|
| United States Bankruptcy Court for the: |
| District of Delaware (State) |
| Case number *(if known)*: _____  Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| 1. | **Debtor's Name** | **Hoyos Integrity Corporation** |
|---|---|---|

| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | **Hoyos VSN Corporation** |
|---|---|---|

| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-1835267** |
|---|---|---|

| 4. | **Debtor's address** | **Principal place of business** <br><br> **1975 E. Sunrise Boulevard** <br> Number   Street <br><br> **Fort Lauderdale, FL   33304** <br> City                State    Zip Code <br><br> **Broward County, FL** <br> County | **Mailing address, if different from principal place of business** <br><br> Number   Street <br><br> P.O. Box <br><br> City                State    Zip Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number   Street <br><br> City                State    Zip Code |
|---|---|---|---|

| 5. | **Debtor's website** (URL) | **www.hoyosintegrity.com** |
|---|---|---|

| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |
|---|---|---|

Debtor     Hoyos Integrity Corporation            Case number *(if known)* _____
         Name

**7. Describe debtor's business**

A. *Check One:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

    5    4    1    9

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check One:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☒ No
☐ Yes.

If more than 2 cases, attach a separate list.

| | | | |
|---|---|---|---|
| District _____ | When _____ MM/DD/YYYY | Case number _____ |
| District _____ | When _____ MM/DD/YYYY | Case number _____ |

                                                   Relationship    **Affiliate**

Debtor ___Hoyos Integrity Corporation___   Case number *(if known)* _____
       Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

Debtor _____
District _____   When _____
                            MM / DD / YYYY

Case number, if known _____

List all cases. If more than 1, attach a separate list.

**11. Why is the case filed in *this* district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  _____
                           Number    Street
                           _____
                           City              State   Zip Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☒ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

Debtor     Hoyos Integrity Corporation                        Case number *(if known)*
           Name

**15. Estimated assets**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **04/21/2022**
               MM/ DD / YYYY

✗ */s/ Frank Tobin*                                **Frank Tobin**
Signature of authorized representative of debtor    Printed name

Title    **President**

**18. Signature of attorney**

✗ */s/ Raymond H. Lemisch*      Date  **04/21/2022**
Signature of attorney for debtor      MM/ DD/YYYY

**Raymond H. Lemisch**
Printed name

**Klehr Harrison Harvey Branzburg LLP**
Firm name

**919 North Market Street, Suite 1000**
Number          Street

**Wilmington**                      **DE**      **19801-3062**
City                                State       ZIP Code

**302-426-1189**                    **rlemisch@klehr.com**
Contact phone                       Email address

**4204**                            **DE**
Bar number                          State

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 4
9971212.v1

# HOYOS INTEGRTIY CORPORATION RESOLUTIONS OF THE BOARD

April 20, 2022

The undersigned, being (i) all of the directors of the board of directors (the "Board"), of Hoyos Integrity Corporation, a Delaware corporation ("Hoyos" or the "Company"), at a special meeting of the Board, have taken the following actions and adopted the following resolutions pursuant to the Bylaws of the Company, Section 141(i) of the Delaware General Corporation Law, effective as of the date set forth above:

### Chapter 11 Filing

**WHEREAS**, the Board considered information provided by the management of the Company regarding the financial situation of the Company, the strategic alternatives available to them, and the effect of the foregoing on the Company's business; and

**WHEREAS**, the Board has had the opportunity to consult with the management and any financial and legal advisors of the Company and fully consider each of the strategic alternatives available to it;

**NOW, THEREFORE, BE IT:**



**RESOLVED**, that in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, and other parties in interest, that the Company shall be, and hereby is, authorized to file or cause to be filed a voluntary petition for relief (such voluntary petition to be filed by the Company is referred to herein as the "Chapter 11 Case") under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in a court of proper jurisdiction (the "Bankruptcy Court"); and it is

**FURTHER RESOLVED**, that any duly appointed officer of the Companies, (collectively, including, but not limited to, the President and Secretary, the "Authorized Officers"), acting alone or with one or more other Authorized Officers be, and each of them hereby is, authorized, empowered, and directed to execute and file on behalf of the Company all petitions, schedules, lists, and other motions, objections, replies, applications, papers, or documents, and to take any and all action that he or she deems necessary or proper to obtain such relief, including, without limitation, any action necessary or proper to maintain the ordinary course operation of the Company's business or to assist the Company in the Chapter 11 Case and in carrying out its duties under the provisions of the Bankruptcy Code; and it is

### Retention Of Professionals

**RESOLVED**, that each of the Authorized Officers be, and hereby is, authorized and directed to employ the law firm of Klehr Harrison Harvey Branzburg LLP, as legal counsel, to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any motions, objections, replies, applications, or pleadings; and in connection therewith, each of the Authorized

Officers, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Klehr Harrison Harvey Branzburg LLP; and it is

**FURTHER RESOLVED**, that each of the Authorized Officers be, and hereby is, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, each of the Authorized Officers, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary; and it is

**FURTHER RESOLVED**, that each of the Authorized Officers be, and hereby is, with power of delegation, authorized, empowered, and directed to execute and file all petitions, schedules, motions, objections, replies, applications, pleadings, lists, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, investment bankers, financial advisors, restructuring advisors, and other professionals and to take and perform any and all further acts and deeds that each of the Authorized Officers deem necessary, proper, or desirable in connection with the Chapter 11 Case, with a view to the successful prosecution of the cases; and it is

### General



**RESOLVED**, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the Authorized Officers (and their designees and delegates) be, and hereby is, authorized and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including but not limited to filing fees, in the case as in such officer's or officers' judgment, shall be necessary, advisable, or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and it is

**FURTHER RESOLVED**, that the Board has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Company, or hereby waive any right to have received such notice; and it is

**FURTHER RESOLVED**, that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement, or certificate has been specifically authorized in advance by resolution of the Board; and it is

**FURTHER RESOLVED**, that facsimile or photostatic copies of signatures to this consent shall be deemed to be originals and may be relied on to the same extent as the originals.

[SIGNATURES FOLLOW]

PHIL1 9910274v.1

IN WITNESS WHEREOF, the undersigned have executed this Joint Resolution of the Board and Written Consent of the Members effective as of the day and year first written above.

**BOARD OF DIRECTORS OF HOYOS:**

_____
Frank Tobin

_____*John Shapiro*_____
John Shapiro

_____
Gary Cohn

_____
Joshua Berkowitz

*Constituting all of the Directors of the Board of Directors of Hoyos Integrity Corporation*

*JS*

IN WITNESS WHEREOF, the undersigned have executed this Joint Resolution of the Board and Written Consent of the Members effective as of the day and year first written above.

**BOARD OF DIRECTORS OF HOYOS:**

_____
Frank Tobin

_____
John Shapiro

_____
Gary Cohn

_____
Joshua Berkowitz

*Constituting all of the Directors of the Board of Directors of Hoyos Integrity Corporation*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) |
| HOYOS INTEGRITY CORPORATION, | ) Case No. 22-(\_\_\_\_\_) (\_\_\_) <br> ) |
| Debtor. | ) <br> ) |

## CORPORATE OWNERSHIP STATEMENT OF
## HOYOS INTEGRITY CORPORATION

Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than governmental units, that directly or indirectly own 10% or more of any class of the Debtor's equity interests:  None.

9971212.v1

| | |
|---|---|
| Fill in this information to identify the case and this filing: | |
| Debtor Name | Hoyos Integrity Corporation |
| United States Bankruptcy Court for the: | District of Delaware (State) |
| Case number (If known): | |

# Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
- ☐ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
- ☐ *Schedule H: Codebtors (Official Form 206H)*
- ☐ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
- ☐ Amended Schedule
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
- ☒ Other document that requires a declaration    Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on

**04/21/2022**            **/s/ Frank Tobin**
MM/ DD/YYYY           Signature of individual signing on behalf of debtor
                      **Frank Tobin**
                      Printed name
                      **President**
                      Position or relationship to debtor

Official Form 202    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

9971212.v1

**Fill in this information to identify the case:**

Debtor name __Hoyos Integrity Corporation__

United States Bankruptcy Court for the: __District of Delaware__ (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Percival Services LLC<br>250 Calle Cristo<br>San Juan, PR  00901 | | | | | | $1,575,000 |
| 2 | QualCon Group<br>1600 Gulf Blvd, Unit 719<br>Clearwater, FL 33767 | | | | | | $1,398,952 |
| 3 | J4PD LLC<br>1 Sutton Place South<br>Apt. 7-B<br>New York, NY  10022 | | | | | | $1,013,527 |
| 4 | CMC and ME LLC<br>812 Park Avenue<br>New York, NY  10021 | | | | | | $1,013,527 |
| 5 | Lake Partners LLC<br>Maynard, Cooper & Gale<br>1901 Sixth Ave. N<br>Suite 1700<br>Birmingham, AL  35203 | | | | | | $1,013,443 |
| 6 | Blockchange Ventures III, LP<br>456 Washington St., Apt. 6-D<br>New York, NY  10013 | | | | | | $1,000,000 |
| 7 | Saul Ewing Arnstein & Lehr<br>500 E. Pratt Street, Suite 900<br>Baltimore, MD  21202-3133 | | | | | | $97,372 |
| 8 | Allen O. Cage<br>4800 Walney Knoll Ct.<br>Chantilly, VA  20151 | | | | | | $392,032 |

Debtor    Hoyos Integrity Corporation
         Name

Case number (*if known*)

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | Martin Family 2020 Investments LLC<br>2900 W. Julia Street, Apt. 1804<br>Tampa, FL  33629 | | | | | | $413,405 |
| 10 | Honey World Group<br>241-52 148th Road<br>Rosedale, NY  11422 | | | | | | $448,578 |
| 11 | Adrock Finance | | | | | | $175,000 |
| 12 | Geoffrey Coley | | | | | | $248,020 |
| 13 | Jeffrey D. Enslin | | | | | | $248,020 |
| 14 | Bank of America<br>P.O. Box 15019<br>Wilmington, DE 19850-5019 | | | | | | $67,000 |
| 15 | Douglas Horlick | | | | | | $128,010 |
| 16 | Charles McGarraugh | | | | | | $124,010 |
| 17 | Jaime Veiser | | | | | | $124,010 |
| 18 | Jay B. Peller | | | | | | $100,008 |
| 19 | Peter Gerhard | | | | | | $100,008 |
| 20 | Graham Smart | | | | | | $52,004 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

| | |
|---|---|
| **Fill in this information to identify the case and this filing:** | |
| Debtor Name | Hoyos Integrity Corporation |
| United States Bankruptcy Court for the: | District of Delaware (State) |
| Case number (If known): | |

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
- ☐ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
- ☐ *Schedule H: Codebtors (Official Form 206H)*
- ☐ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
- ☐ Amended Schedule
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
- ☒ Other document that requires a declaration    Certification of Creditor Matrix

I declare under penalty of perjury that the foregoing is true and correct.

Executed on

**04/21/2022**    **/s/ Frank Tobin**
MM/ DD/YYYY    Signature of individual signing on behalf of debtor
**Frank Tobin**
Printed name
**President**
Position or relationship to debtor

Official Form 202    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

9971212.v1