# Notice Recipients

District/Off: 0311−1   User: admin   Date Created: 5/2/2022
Case: 22−10365−MFW   Form ID: pdf341   Total: 5

**Recipients of Notice of Electronic Filing:**
ust   U.S. Trustee   USTPRegion03.WL.ECF@USDOJ.GOV
aty   Jane M. Leamy   jane.m.leamy@usdoj.gov
aty   Raymond Howard Lemisch   rlemisch@klehr.com
aty   Sally E. Veghte   sveghte@klehr.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db   Hoyos Integrity Corporation   1975 E. Sunrise Boulevard   Fort Lauderdale, FL 33304

TOTAL: 1