**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>HOYOS INTEGRITY CORPORATION,<br><br>Debtor. | Chapter 11<br><br>Case No. 22-10365 (MFW) |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002**

**PLEASE TAKE NOTICE** that Green Hills Software LLC ("Green Hills") hereby appears by its counsel, Gibson, Dunn & Crutcher LLP ("Gibson Dunn") and Young Conaway Stargatt & Taylor, LLP ("Young Conaway"). Gibson Dunn and Young Conaway hereby enter their appearances pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and request that the undersigned be added to the official mailing matrix and service lists in this case. Gibson Dunn and Young Conaway request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in this chapter 11 case and copies of all papers served or required to be served in this chapter 11 case, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements and all other matters arising herein or in any related adversary proceeding, be given and served upon Green Hills through service upon Gibson Dunn and Young Conaway at the addresses, telephone, and facsimile numbers set forth below:

29306664.1

| | |
|---|---|
| **GIBSON, DUNN & CRUTCHER LLP**<br>Candice Choh<br>Michael S. Neumeister<br>Michael G. Farag<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: (213) 229-7000<br>Facsimile: (213) 229-7520<br>Email:   cchoh@gibsondunn.com<br>            mneumeister@gibsondunn.com<br>            mfarag@gibsondunn.com | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Sean M. Beach (No. 4070)<br>Elizabeth S. Justison (No. 5911)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email:   sbeach@ycst.com<br>            ejustison@ycst.com |

Matthew S. Kahn
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: (415) 393-8200
Facsimile: (415) 393-8306
Email:  mkahn@gibsondunn.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answer or reply papers filed in this case, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002* shall not be deemed or construed to be a waiver of any of the rights of Green Hills, including, without limitation, to (i) have final orders in non-core matters entered only after *de novo* review by a higher court, (ii) trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this case, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Green Hills may

be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

| | |
|---|---|
| Dated: May 10, 2022<br>Wilmington, Delaware | Respectfully Submitted,<br><br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Sean M. Beach*<br>Sean M. Beach (No. 4070)<br>Elizabeth S. Justison (No. 5911)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware  19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email:   sbeach@ycst.com<br>            ejustison@ycst.com<br><br>– and –<br><br>**GIBSON, DUNN & CRUTCHER LLP**<br>Candice Choh (*pro hac vice* pending)<br>Michael S. Neumeister (*pro hac vice* pending)<br>Michael G. Farag (*pro hac vice* pending)<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>Telephone: (213) 229-7000<br>Facsimile: (213) 229-7520<br>Email:   cchoh@gibsondunn.com<br>            mneumeister@gibsondunn.com<br>            mfarag@gibsondunn.com<br><br>Matthew S. Kahn (*pro hac vice* pending)<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone: (415) 393-8200<br>Facsimile: (415) 393-8306<br>Email: mkahn@gibsondunn.com<br><br>*Counsel to Green Hills Software LLC* |