IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HOYOS INTEGRITY CORPORATION,<br><br>Debtor. | Chapter 11<br><br>Case No. 22-10365 (MFW)<br><br>Hearing Date: May 24, 2022, at 2:00 p.m. (ET)<br>Obj. Deadline: May 17, 2022, at 4:00 p.m. (ET) |

## NOTICE OF MOTION

TO: (I) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) COUNSEL TO THE DEBTOR; (III) THE ROUNDTABLE LLC SERIES 30; (IV) HECTOR T. HOYOS; (V) THE TOP 20 UNSECURED CREDITORS; AND (VI) ALL PARTIES ENTITLED TO RECEIVE NOTICE PURSUANT TO BANKRUPTCY RULE 2002.

**PLEASE TAKE NOTICE** that Green Hills Software LLC ("Green Hills"), by and through its undersigned counsel, has filed the attached *Motion of Green Hills Software LLC for Relief from the Automatic Stay* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be filed on or before **May 17, 2022 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801. At the same time, you must serve a copy of any objection upon the undersigned counsel to Green Hills so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE MOTION WILL BE HELD ON **MAY 24, 2022 AT 2:00 P.M. (ET)** BEFORE THE HONORABLE MARY F. WALRATH AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

29335105.1

| | |
|---|---|
| Dated: May 10, 2022<br>Wilmington, Delaware | Respectfully Submitted,<br><br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Elizabeth S. Justison*<br>Sean M. Beach (No. 4070)<br>Elizabeth S. Justison (No. 5911)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email:   sbeach@ycst.com<br>             ejustison@ycst.com<br><br>– and –<br><br>**GIBSON, DUNN & CRUTCHER LLP**<br>Candice Choh (*pro hac vice* pending)<br>Michael S. Neumeister (*pro hac vice* pending)<br>Michael G. Farag (*pro hac vice* pending)<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>Telephone: (213) 229-7000<br>Facsimile: (213) 229-7520<br>Email:   cchoh@gibsondunn.com<br>             mneumeister@gibsondunn.com<br>             mfarag@gibsondunn.com<br><br>Matthew S. Kahn (*pro hac vice* pending)<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone: (415) 393-8200<br>Facsimile: (415) 393-8306<br>Email:   mkahn@gibsondunn.com<br><br>*Counsel to Green Hills Software LLC* |