## EXHIBIT A

## PROPOSED ORDER

29347263.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HOYOS INTEGRITY CORPORATION,<br><br>Debtor.¹ | Chapter 11<br><br>Case No. 22-10365 (MFW)<br><br>**Re: Docket No. \_\_\_\_** |

### ORDER GRANTING MOTION OF GREEN HILLS SOFTWARE LLC
### FOR RELIEF FROM THE AUTOMATIC STAY

Upon consideration of the Motion of Green Hills Software LLC ("Green Hills") for entry of an order pursuant to section 362(d) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 4001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 4001-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), (i) granting relief from the automatic stay to allow Green Hills to (a) terminate its License Agreement with Hoyos Integrity Corporation, debtor and debtor-in-possession in the above captioned chapter 11 case (the "Debtor"); and (b) exercise its rights and remedies with respect to the collateral securing its claims against the Debtor; and (ii) waiving the 14-day stay provided for in Bankruptcy Rule 4001(a)(3) (the "Motion"),² and the declarations filed in support of the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated February 29, 2012; and the proceedings on the Motion being core

---

¹ The last four digits of the Debtor's employer identification number are 5267.  The Debtor's address is 1975 E. Sunrise Boulevard, Fort Lauderdale, Florida 33304.

² Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

29347263.1

proceedings pursuant to 28 U.S.C. § 157(b); and this Court having authority to enter a final order consistent with Article III of the United States Constitution; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that no other or further notice need be provided; and after due deliberation and for the reasons set forth in the Motion, the Court finds that "cause" exists to lift the automatic stay under section 362 of the Bankruptcy Code; and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The Motion is hereby GRANTED as set forth herein.

2. Pursuant to section 362(d) of the Bankruptcy Code, the automatic stay of section 362(a) of the Bankruptcy Code is hereby lifted to allow Green Hills to (a) (i) terminate the License Agreement, and (ii) exercise its rights and remedies with respect to the Collateral securing its claims against the Debtor; and (b) take any steps reasonably necessary in furtherance of the preceding actions, including, but not limited to, pursuing or defending any legal action in furtherance thereof.

3. For the reasons set forth in the Motion, the Court waives the 14-day stay under Federal Rule of Bankruptcy Procedure 4001(a)(3).

4. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

2